AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>HILLMAN, STEPHEN J. | **2. Court or Organization**<br><br>Central District of California | **3. Date of Report**<br><br>05/15/2013 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Full-Time | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐    Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |
| **7. Chambers or Office Address**<br><br>Roybal Federal Building<br>255 East Temple Street, Rm 560<br>Los Angeles, CA 90012 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Association of Business Trial Lawyers |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ▨ - Salary |
| 2. | 2012 | Self-Employed Educational Consultant |
| 3. | 2012 | Required distribution from inherited IRA |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | April 21 and 22, 2012 | Half Moon Bay, CA | Participate in board meeting | Transportation, lodging and food |
| 2. | Association of Business Trial Lawyers | September 18 through 22, 2012 | Poipu, Kauai, HI | Participate in annual seminar | Transportation, lodging and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J P Morgan Mid-Cap Value Fund | | None | | | Sold | 07/19/12 | J | A | |
| 2. J P Morgan Mid-Cap Value Fund | | None | | | Sold | 07/19/12 | J | A | |
| 3. USAA Life Insurance | B | Interest | M | T | | | | | |
| 4. Teachers Ins. & Annuity Assoc | C | Dividend | N | T | | | | | |
| 5. Aurora Life Ins. | B | Interest | K | T | | | | | |
| 6. General American Life Ins. | A | Interest | M | T | | | | | |
| 7. Artisan International Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 8. Artisan International Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 9. Dodge & Cox International Stock Fund | | None | | | Sold | 07/19/12 | J | A | |
| 10. Oakmark International Small Cap Fund | | None | | | Sold | 07/19/12 | J | A | |
| 11. Oakmark International Small Cap Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 12. Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 13. Morgan Stanley Instit Mid Cap Growth | | None | | | Sold | 07/19/12 | J | A | |
| 14. Permanent Portfolio | | None | | | Sold | 06/14/12 | J | A | |
| 15. Permanent Portfolio | | None | | | Sold | 06/14/12 | J | B | |
| 16. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |
| 17. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |
| 19. BlackRock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 20. BlackRock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | B | |
| 21. Fidelity Contrafund | | None | | | Sold | 07/19/12 | J | B | |
| 22. UBS E-TRACS Alerian MLP Infrastructure ETN | A | Dividend | J | T | | | | | |
| 23. Fidelity Contrafund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | B | |
| 24. BlackRock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 25. Fidelity Contrafund | | None | | | Sold | 07/19/12 | J | B | |
| 26. JP Morgan Mid-Cap Value Fund | | None | | | Sold | 07/19/12 | J | A | |
| 27. Morgan Stanley Instit. Mid Cap Growth | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 28. Artisan International Fund | | None | | | Sold | 07/19/12 | J | A | |
| 29. Dodge & Cox International Stock Fund | | None | | | Sold | 07/19/12 | J | A | |
| 30. Oakmark International Small Cap Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 31. Permanent Portfolio | | None | | | Sold | 06/14/12 | J | A | |
| 32. Loomis Sayles Bond Instl | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 33. PIMCO Foreign Bond Fund | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 34. PIMCO Total Return Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab U S Treasury Money Market Fund | | None | J | T | | | | | |
| 36. UBS E-TRACS Alerian MLP Infrastructure ETN | A | Dividend | J | T | | | | | |
| 37. FMI Large Cap | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 38. Loomis Sayles Small Cap Growth | | None | J | T | Sold (part) | 07/19/12 | J | A | |
| 39. Touchstone Small Cap Core | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 40. Aberdeen Emerging Markets | | None | | | Sold | 06/22/12 | J | A | |
| 41. Nuveen Tradewinds Global | | None | | | Sold | 03/26/12 | J | A | |
| 42. ASTON/River Road Independent Value | A | Dividend | J | T | | | | | |
| 43. MainStay Marketfield Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 44. MainStay Marketfield Fund | A | Dividend | J | T | Buy | 06/15/12 | J | | |
| 45. RiverNorth Core Opportunity Fund | A | Dividend | J | T | | | | | |
| 46. FMI Large Cap | A | Dividend | J | T | | | | | |
| 47. Touchstone Small Cap Core | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 48. Aberdeen Emerging Markets | | None | | | Sold | 07/19/12 | J | A | |
| 49. ASTON/River Road Independent Value | A | Dividend | J | T | | | | | |
| 50. RiverNorth Core Opportunity Fund | A | Dividend | J | T | | | | | |
| 51. FMI Large Cap | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Loomis Sayles Small Cap Growth | | None | | | Sold | 07/19/12 | J | A | |
| 53. Touchstone Small Cap Core | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 54. Aberdeen Emerging Markets | | None | | | Sold | 07/19/12 | J | A | |
| 55. Nuveen Tradewinds Global All-Cap | | None | | | Sold | 03/26/12 | J | A | |
| 56. ASTON/River Road Independent Value | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 57. MainStay Marketfield Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 58. RiverNorth Core Opportunity Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 59. Wasatch Emerging Markets Small Cap | A | Dividend | J | T | Buy | 06/25/12 | J | | |
| 60. Angel Oak Multi-Strategy Income | A | Dividend | J | T | Buy | 07/19/12 | J | | |
| 61. DoubleLine Total Return Bond I | A | Dividend | J | T | Buy | 07/19/12 | J | | |
| 62. Cambiar Aggressive Value | | None | | | Buy | 03/27/12 | J | | |
| 63. Cambiar Aggressive Value | | None | | | Sold | 06/27/12 | J | A | |
| 64. MainStay Marketfield Fund | A | Dividend | J | T | Buy (add'l) | 06/15/12 | J | | |
| 65. FMI Large Cap | A | Dividend | J | T | Buy (add'l) | 06/28/12 | J | | |
| 66. Angel Oak Multi-Strategy Income | A | Dividend | J | T | Buy | 07/19/12 | J | | |
| 67. DoubleLine Total Return Bond I | A | Dividend | J | T | Buy | 07/19/12 | J | | |
| 68. PIMCO Total Return Fund | A | Dividend | J | T | Buy | 07/20/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Angel Oak Multi-Strategy Income | A | Dividend | J | T | Buy | 07/19/12 | J | | |
| 70. DoubleLine Total Return Bond I | A | Dividend | K | T | Buy | 07/19/12 | K | | |
| 71. PIMCO Total Return Fund | A | Dividend | K | T | Buy (add'l) | 07/20/12 | J | | |
| 72. Cambiar Aggressive Value | | None | | | Buy | 03/27/12 | J | | |
| 73. Cambiar Aggressive Value | | None | | | Sold | 06/27/12 | J | A | |
| 74. MainStay Marketfield Fund | A | Dividend | J | T | Buy (add'l) | 06/15/12 | J | | |
| 75. FMI Large Cap | A | Dividend | J | T | Buy (add'l) | 06/28/12 | J | | |
| 76. ASTON/River Road Independent Value | A | Dividend | J | T | Buy (add'l) | 06/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII of report:
   Assets listed and reported as "MainStay Marketfield Fund" in 2012 were listed and reported as "Marketfield Fund" in the 2011 report.

| Name of Person Reporting | Date of Report |
|---|---|
| HILLMAN, STEPHEN J. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN J. HILLMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544